1 STEVEN A. GROODE, Bar No. 210500
sgroode@littler.com
2 HEATHER M. DAVIS, Bar No. 239372
hdavis@littler.com
3 LITTLER MENDELSON, P.C.
2049 Century Park East
4 5th Floor
Los Angeles, CA  90067.3107
5 Telephone:  310.553.0308
Facsimile:   310.553.5583
6
Attorneys for Defendant
7 PETSMART, INC.

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  CASSANDRA PACE, as an individual and on behalf of all others similarly situated, | Case No. SACV13-500 DOC (RNBx) |
| 12 | **PROTECTIVE ORDER PURSUANT TO STIPULATION FILED ON JUNE 11, 2013** |
| 13                           Plaintiff, | |
| 14  v. | |
| 15  PETSMART, INC., a Delaware corporation; and DOES 1 through 50, inclusive, | |
| 16 | |
| 17                          Defendants. | |

18

19 ///

20 ///

21 ///

22

23

24

25

26

27

28

Firmwide:121072835.1 037653.1386

1  Pursuant to the Stipulation of the parties and good cause appearing therefor, IT
2  IS HEREBY ORDERED that the provisions of the Stipulation re Protective Order
3  filed on June 11, 2013 in the above-captioned matter are adopted as the Order of this
4  Court as of the date of entry of this Order.
5  DATED:  June 12, 2013

*[signature]*

HON. ROBERT N. BLOCK,
U.S. MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

1.

Firmwide:121072835.1 037653.1386