1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| CASSANDRA PACE, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PETSMART, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. SACV13-500 DOC (RNBx)<br><br>**ORDER APPROVING STIPULATION TO DISSEMINATE CLASS NOTICE [62]** |

# ORDER

GOOD CAUSE APPEARING THEREFOR, the Stipulation to Disseminate Class Notice is HEREBY APPROVED.

ACCORDINGLY, IT IS HEREBY ORDERED that:

1. The Proposed Class Notice attached as Exhibit "A" to the Stipulation filed by Plaintiff Cassandra Pace ("Plaintiff") and Defendant PetSmart, Inc. ("Defendant") (collectively, the "Parties") shall be disseminated to class members;

2. The Parties shall engage CPT Group, Inc. ("CPT")as the third-party administrator to provide class notice, located at 16630 Aston, Irvine, CA 92606, Telephone: (888) 373-2581;

3. Plaintiff shall be solely responsible for CPT's fees associated with its administration of class notice (subject to Plaintiff's ability to recover such costs as a prevailing party);

4. CPT shall agree in writing to be bound by the terms of the Protective Order entered on June 12, 2013;

5. To effectuate the dissemination of the Class Notice, Defendant shall provide the class members' contact information to CPT within fourteen (14) calendar days (provided that CPT has agreed in writing to be bound the terms of the Protective Order);

6. CPT shall have ten (10) calendar days from the receipt of the class contact information to mail out the Class Notice to class members;

7. Defendant may, at its election, designate the class contact information disclosed to CPT as "Confidential" under the terms of the Protective Order and Plaintiff reserves the right to challenge that designation; and

8. CPT shall not disclose to Plaintiff or her counsel, the contact information for any class member that opts out of the class.

IT IS SO ORDERED.

DATED: June 20, 2014

*David O. Carter*

Hon. David O. Carter